

# MARYLAND NOTICE OF SECURITY INTEREST FILING
**DO NOT ACCEPT THIS DOCUMENT SHOWING ANY ERASURES, ALTERATIONS OR VOIDS.**



## THIS IS NOT A TITLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 1N4AA5AP9EC914091 | 14 | NISS | 4S | A | 39612 | A | |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| N/A | -3700 | 00N/A | $50.50 | 05/22/19 | 06/06/19 |

**OWNER'S SOUNDEX / DRIVER'S LICENSE NO.**           **CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO.**

**ODOMETER CODES**
A. Actual Mileage
B. Exceeds Mechanical Limits
C. Not Actual Mileage

**NAME(S) AND ADDRESS OF REGISTERED OWNER(S)**
JENNIFER LEE SIGLER-JOHNSON
105 S MEADOW DR
GLEN BURNIE   MD 21060-7226

CAL LEV

THIS IS TO CERTIFY THAT A SECURITY INTEREST HAS BEEN DULY FILED WITH THE MOTOR VEHICLE ADMINISTRATION IN THE NAME OF THE SECURED PARTY BELOW ON THE VEHICLE DESCRIBED.

**TERMINATION STATEMENT**
I, THE UNDERSIGNED, DO HEREBY RELEASE ALL RIGHTS AND INTERESTS IN THE VEHICLE DESCRIBED ABOVE.

SIGNATURE OF SECURED PARTY          OFFICIAL CAPACITY          DATE OF RELEASE

**NAME AND ADDRESS OF SECURED PARTIES**
CARVANA LLC
P O BOX 29002
PHOENIX   AZ 85038

OFFICIALLY ISSUED ON THE DATE SET FORTH          ADMINISTRATOR OF MOTOR VEHICLES

VR-002 (11-17)

THIS DOCUMENT CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT