# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re:<br>**George Thomas Johnson**<br>**Jennifer Lee Sigler-Johnson**<br><br>Debtors | Bankruptcy Case No. **19-25737-MMH**<br>Chapter 13 |

## TRUSTEE'S AFFIDAVIT REGARDING MOTION TO DISALLOW

Rebecca A. Herr, Chapter 13 Trustee in the above-captioned case, states the following:

1. I am the Chapter 13 Trustee assigned to the bankruptcy case of George Thomas Johnson and Jennifer Lee Sigler-Johnson ("Debtors"), Case No. 19-25737-MMH.

2. Carvana, LLC filed a proof of claim in the bankruptcy case on January 2, 2020. This claim was docketed as 7 on the Court's Claims Register.

3. The Debtors' Confirmed Plan provided for payment of pre-petition arrears to Carvana, LLC.

4. Pursuant to the Claim and the Confirmed Plan, I disbursed $0 to Carvana, LLC.

5. On March 30, 2020, an Order Terminating Automatic Stay was entered.

6. As of today's date, Carvana, LLC has not withdrawn or amended the proof of claim resulting from the execution.

**Thus, based upon the creditor's failure withdraw or amend the proof of claim, the Trustee has filed a Motion to Disallow $413.00, the arrears still owed in the proof of claim filed by Carvana, LLC and this affidavit is being filed to give the secured creditor notice of that if no response is filed within thirty (30 days) the creditor's claim may be disallowed in part or in full, at the Court's discretion.**

I declare under penalty of perjury that all of the above statements are true and correct to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement in determining whether to grant the Motion to Disallow in this case.

Signature: /s/ Rebecca A. Herr	Date: June 19, 2020
    Rebecca A. Herr